UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RADLEY & CO LIMITED, | IN ADMIRALTY |
| Plaintiff, | NO. 24-1568 |
| v. | **COMPLAINT** |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | |
| Defendant. | |

Plaintiff Radley & Co Limited (hereinafter "Radley"), for its Complaint against the above-named defendant alleges upon information and belief:

### I.   JURISDICTION AND VENUE

1.1.   This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

1.2.   Court has subject matter pursuant to 28 U.S.C. § 1333, because this action concerns the carriage of cargo by sea pursuant to bills of lading.

1.2.   Venue is proper pursuant to 28 U.S.C. § 1391(b)(1), because defendant Expeditors International of Washington, Inc., resides in this district.

### II.   PARTIES

2.1.   Plaintiff Radley was the owner of the cargo described herein. Radley is a corporation organized and existing under the laws of England, and its principal place of

COMPLAINT – 1
24-1568

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

1 business is Etheridge Avenue, Brinklow, Milton Keynes MK10 0BP, United Kingdom.

2          2.2.    Defendant Expeditors International of Washington, Inc., (hereinafter "Expeditors") is a corporation organized and existing under the laws of Washington, doing business in Washington as a common carrier of goods for hire by air, and has its principal place of business at 1015 Third Avenue, 12th Floor, Seattle, WA 98104.

### III.    FACTS

          3.1.    Radley and Expeditors entered into valid and enforceable agreements pursuant to which Expeditors agreed to receive shipments of leather goods, stuff the goods into containers, and transport the goods via land and ocean carriage from India to the United Kingdom.

          3.2.    On the following dates, Expeditors received from Radley shipments of leather goods (the "Cargo"), took possession of the Cargo, stuffed the Cargo into the referenced containers, issued the referenced bills of lading, and arranged for ocean carriage aboard the referenced vessels:

| Vessel | B/L No. | B/L Date | Container No. |
|---|---|---|---|
| MSC SAVONA | 62C0228532 | 25 July 2024 | FFAU1986066 |
|  |  |  | MSDU7647679 |
|  |  |  | MSDU8599024 |
| MSC SAVONA | 62C0228539 | 25 July 2023 | MSDU4005277 |
| MSC UNITED VIII | 62C0229108 | 04 August 2023 | MSMU6224133 |
|  |  |  | MSMU6221035 |
| MSC UNITED VIII | 62C0229131 | 02 August 2023 | MSMU8821035 |
| MSC UNITED VIII | 62C0229154 | 02 August 2023 | MSMU8821035 |
| MSC FLAVIA | 62C0229217 | 04 August 2023 | MSMU3980703 |

          3.3.    The Cargo was delivered to Expeditors and/or its employees, representatives, agents, affiliates or subcontractors in good order and undamaged condition.

          3.4.    The above-referenced waybills issued by Expeditors evidence both receipt of the Cargo in good order and undamaged condition and the contract of carriage between Radley and Expeditors.

COMPLAINT – 2
24-1568

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

3.5. The Cargo was subsequently carried by land and ocean carriage from India to the United Kingdom.

3.6. When the Cargo arrived in the United Kingdom, it was no longer in good order and undamaged condition. The Cargo had been damaged while in the care and custody or constructive care and custody of Expeditors.

3.7. Expeditors breached its contract with Radley by failing to deliver the Cargo to the United Kingdom in the same good order and undamaged condition in which it was received by Expeditors.

3.8. As the direct and proximate result of the damage of the Cargo, Radley sustained damages in amount to be proven at trial, currently believed to be $708,569.50.

3.9. Expeditors is liable to Radley for breach of the contract between Expeditors and Radley, and for the damage to the Cargo. Radley is entitled to recover from Expeditors all damages incurred as the result of the damage of the Cargo.

## IV.    PRAYER FOR RELIEF

Plaintiff prays for judgment against defendant as follows:

1. For issuance of process in due form of law against defendants citing them each to appear and answer;

2. For damages in an amount proven at trial.

3. For prejudgment and post-judgment interest in an amount allowed by law;

4. For attorneys' fees, costs and expenses of suit as allowable by law; and,

5. For such other relief as the Court may deem just and proper.

DATED this 30th day of September, 2024.

                            NICOLL BLACK & FEIG PLLC

                            */s/ Jeremy B. Jones*
                            Jeremy B. Jones, WSBA No. 44138
                            *Attorneys for Plaintiff*

COMPLAINT – 3
24-1568

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515