THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RADLEY & CO LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>　　　　　　Defendant. | IN ADMIRALTY<br><br>CASE NO. C24-1568-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court *sua sponte*. Plaintiff filed a complaint on September 30, 2024. (Dkt. No. 1.) Summons was then electronically issued to Defendant the next day, October 1, 2024. (Dkt. No. 3.) Since then, Plaintiff has not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l). Accordingly, Plaintiff is ORDERED to show cause why the case should not be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m). Plaintiffs' written response is due Monday, March 17, 2025. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

//

//

//

1 | DATED this 24th day of February 2025.

> Ravi Subramanian
> Clerk of Court
>
> s/Kathleen Albert
> Deputy Clerk