THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RADLEY & CO LIMITED,<br><br>               Plaintiff,<br><br>    v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>               Defendant. | IN ADMIRALTY<br><br>CASE NO. C24-1568-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Plaintiff's response (Dkt. No. 6) to the Court's order to show cause (Dkt. No. 5). Plaintiff filed a complaint on September 30, 2024. (Dkt. No. 1.) Summons was then electronically issued to Defendant the next day, October 1, 2024. (Dkt. No. 3.) Since then, Plaintiff has not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l). The Court therefore ordered Plaintiffs to show cause why the case should not be dismissed without prejudice. (Dkt. No. 6 at 1) (citing Fed. R. Civ. P. 4(m)). In response, Plaintiff indicated that it had conferred with defense counsel regarding settlement prospects and thus delayed perfection of service. (Dkt. No. 6 at 1.) The parties have been unable to reach a settlement agreement thus far; as such, Plaintiff now seeks an extension to perfect service on Defendant. (*Id*.) Finding good cause, the Court extends Plaintiff's deadline to perfect service

through Monday, March 24, 2025. If Plaintiff fails to perfect service within this time, the Court will dismiss this case.

DATED this 13th day of March 2025.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk