THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RADLEY & CO LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDITORS INTERNATIONAL OF<br>WASHINGTON, INC.,<br><br>　　　　　Defendants. | CASE NO. C24-1568-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 15). Finding good cause, the Court **RESETS** the case management schedule as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| BENCH TRIAL SET FOR 09:00 am on | 06/22/26 | 09/21/26 |
| Length of Trial | 4 days | 4 days |
| All motions related to discovery must be filed by | 01/23/26 | 04/24/26 |
| Discovery completed by | 02/23/26 | 05/25/26 |

MINUTE ORDER
C24-1568-JCC
PAGE - 1

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | 03/24/26 | 06/24/26 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 03/09/26 | 06/09/26 |
| All motions *in limine*[1] must be filed by | 06/12/26 | 09/11/26 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 06/12/26 | 09/11/26 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 06/18/26 | 09/15/26 |

The Court declines the parties' request to set a pre-trial conference date. If any is needed, it will take place the morning of trial, before the presentation of evidence.

DATED this 10th day of February 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

---

[1] The Court encourages the parties to minimize motions *in limine*. Particularly in instances involving bench trials, the Court often finds advanced rulings on evidentiary neither helpful nor necessary.

MINUTE ORDER
C24-1568-JCC
PAGE - 2