THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RADLEY & CO LIMITED, <br><br>     Plaintiff, <br><br>       v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br>     Defendant. | IN ADMIRALTY <br><br> NO. 24-CV-01568-JCC <br><br> **STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO CONTINUE DISCOVERY DEADLINE** <br><br> **NOTE ON MOTION CALENDAR: May 4, 2026** |

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7(d)(1), 7(j), 10(g), and 16(b)(6) the parties, plaintiff Radley & Co Limited ("Radley") and defendant Expeditors International of Washington, Inc. ("Expeditors"), by and through their respective counsel, jointly move this Court for an order extending only the discovery deadline set forth in the Court's February 10, 2026 Order  (Dkt. 16) from May 25, 2026 to July 10, 2026. All other scheduled dates and deadlines would remain undisturbed, as neither party contemplates filing a dispositive motion.  This is the parties' second request to modify the case schedule.

The parties respectfully submit that good cause exists for the proposed continuance of the discovery deadline.  On April 24, 2026, pursuant to the parties' joint request, the Court

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

appointed Hon. Michelle Peterson to preside over a judicial settlement conference. Judge Peterson advised the parties that she would like to schedule the settlement conference to take place on June 16, 2026. While the parties have diligently pursued discovery since the Court modified the case schedule deadlines on February 10, 2026, depositions of experts and Expeditors' 30(b)(6) designee remain to be accomplished. The parties wish to avoid potentially unnecessary litigation efforts and expense. Under the current discovery deadline, these depositions would have to be taken before the settlement conference. If they can be scheduled to take place after the settlement conference, they might be avoided if the settlement conference is successful. Because trial and pre-trial scheduling is not for some months after the requested discovery deadline extension, all other deadlines would remain in place. The requested continuance is sought in good faith, not for purposes of delay, and is supported by good cause.

I certify that this memorandum contains 445 words, in compliance with the Local Civil Rules.

DATED this 4th day of May, 2026.

NICOLL BLACK ALTENBRUN & FEIG PLLC
*Per 04/30/26 Email Authorization*

*s/ Bradley H. Pace*
Bradley H. Pace, WSBA No. 61941
*Attorneys for Plaintiff*

BALLARD SPAHR LLP

*/s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
*Attorneys for Defendant*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING DISCOVERY DEADLINE - 2
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

## ~~PROPOSED~~ ORDER

IT IS SO ORDERED.

_[signature]_

_____
The Honorable John C. Coughenour
United States District Judge

*Presented by:*

NICOLL BLACK & FEIG PLLC
*Per 04/30/26 Email Authorization*

*/s/ Bradley H. Pace*
Bradley H. Pace, WSBA No. 61941
*Attorneys for Plaintiff*

BALLARD SPAHR LLP

*/s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
*Attorneys for Defendant*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING DISCOVERY DEADLINE - 3
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515