THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RADLEY & CO LIMITED,

    Plaintiff,

    v.

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,

    Defendant.

IN ADMIRALTY

NO. 24-CV-01568-JCC

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES**

**NOTE ON MOTION CALENDAR: 06/24/2026**

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7(d)(1), 7(j), 10(g), and 16(b)(6) the parties, plaintiff Radley & Co Limited ("Radley") and defendant Expeditors International of Washington, Inc. ("Expeditors"), by and through their respective counsel, jointly move this Court for an order extending the trial date and pretrial deadlines set forth in the Court's February 10, 2026 Order (Dkt. 16) and May 4, 2026 Order (Dkt. 19) for two (2) months, as set forth below. This is the parties' second request for an extension of the trial date, and third request to modify the case schedule. All other scheduled dates and deadlines would remain undisturbed, as neither party contemplates filing a dispositive motion and a settlement conference has already been held.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING TRIAL DATE AND RELATED DEADLINES - 1
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | 07/10/26 | **09/10/26** |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | 06/24/26 | **10/10/26** |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 06/16/26 | **9/24/26** |
| All motions in limine must be filed by | 09/11/26 | **11/30/26** |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 09/11/26 | **11/30/26** |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 09/15/26 | **12/7/26** |
| ~~Pretrial conference scheduled at 10:00 am on~~ | ~~TBD~~ | ~~**TBD**~~ |
| **Bench Trial Date** | 9/21/2026 | **1/4/2027** |

The parties respectfully submit that good cause exists for the proposed continuance of the trial date and related deadlines listed above. This action arises from an international shipment of cargo transported from Mumbai, India, to the United Kingdom that allegedly sustained mold damage. The parties have been diligently investigating the nature and scope of the claimed damage and its cause. However, tracing the origins of the mold has proved complex, involving investigation into international transit, handling and storage, and has required time-consuming coordination with providers and carriers across multiple jurisdictions.

The parties' key witnesses, document custodians, experts and corporate representatives are located overseas, including in India, Singapore and the United Kingdom. This has materially impacted the pace of discovery due to time zone differences, international travel and scheduling

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING TRIAL DATE AND RELATED DEADLINES - 2
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

constraints, and the need to comply with local data handling and document collection practices. These circumstances have also complicated scheduling and conducting depositions, resulting in delays despite the parties' diligent efforts.

The parties have been actively engaged in discovery and fact development. To date, they have exchanged extensive initial disclosures, served and responded to multiple sets of written discovery, produced and reviewed substantial volumes of documents, taken the deposition of Radley's 30(b)(6) corporate representative, exchanged expert disclosures and reports, Expeditors has provided its expert rebuttal report, and identified and scheduled the depositions of Expeditors corporate representative as well as each party's expert witnesses. In addition, several additional depositions are in the process of being coordinated with overseas witnesses and counsel.

In parallel with their discovery efforts, the parties engaged in a meaningful settlement conference with Magistrate Judge Michelle L. Peterson on June 16, 2026 (Dkt. 22). The parties believe that with a modest continuance of the trial and limited pretrial dates, they can complete targeted expert discovery necessary to inform settlement positions and engage in additional settlement discussions, potentially obviating the need for trial or pretrial motion practice.

The requested continuance is sought in good faith, not for purposes of delay, and is supported by good cause given the international nature of the shipment at issue, the complexity of tracing the source of mold contamination, the overseas location of key witnesses and experts, and the parties' ongoing, diligent discovery and settlement efforts. The parties believe that a brief extension of the case schedule will promote efficiency, conserve judicial resources, and facilitate a potential global resolution.

///

///

///

///

///

STIPULATED MOTION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE AND RELATED DEADLINES - 3
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

///

The parties respectfully request an extension of the trial date and related deadlines as outlined above. This is the parties' second request for an extension of the trial date, and third request for an extension of the related trial deadlines.

I certify that this memorandum contains 679 words, in compliance with the Local Civil Rules.

DATED this 24th day of June, 2026.

NICOLL BLACK ALTENBRUN & FEIG

s/ Bradley H. Pace
Bradley H. Pace, WSBA No. 61941
*Attorneys for Plaintiff*

BALLARD SPAHR LLP
*Per 06/24/26 Email Authorization*

/s/  Steven W. Block
Steven W. Block, WSBA No. 24299
*Attorneys for Defendant*

STIPULATED MOTION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE AND RELATED DEADLINES - 4
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG PLLC
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

**~~PROPOSED~~ ORDER**

IT IS SO ORDERED.

_(signature)_

_____
The Honorable John C. Coughenour
United States District Judge

*Presented by:*

NICOLL BLACK ALTENBRUN & FEIG

/s/ Bradley H. Pace
Bradley H. Pace, WSBA No. 61941
*Attorneys for Plaintiff*

BALLARD SPAHR LLP
*Per 06/24/26 Email Authorization*

/s/   Steven W. Block
Steven W. Block, WSBA No. 24299
*Attorneys for Defendant*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING TRIAL DATE AND RELATED DEADLINES - 5
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515

## CERTIFICATE OF SERVICE

I hereby declare that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice of the filing of this document to counsel for all parties listed below, via the CM/ECF notification system

Steven W. Block, WSBA No. 24299
BALLARD SPAHR LLP
1420 Fifth Ave., Suite 4200
P.O. BOX 91302
Seattle, WA 98111-9402
blocks@ballardspahr.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 24, 2026 at San Francisco, California.

*/s/ Bradley H. Pace*
Bradley H. Pace, WSBA No. 61941

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
CONTINUING TRIAL DATE AND RELATED DEADLINES - 6
24-cv-01568-JCC
4933-0983-2845, v. 1

LAW OFFICES OF
**NICOLL BLACK ALTENBRUN & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555
(206) 838-7515